IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAWEASAW N. STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 16-0480-WS-B |
| | ) |
| QUALITY CAREGIVERS SOLUTION | ) |
| SERVICES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the orders of Court entered January 12, 2018 and April 12, 2018, the plaintiff shall have and recover of the defendants, jointly and severally, the sum of $27,629.29. Judgment is hereby entered in favor of plaintiff Shaweasaw N. Stanley and against defendants Quality Caregivers Solution Services LLC and Patty Stallworth.

DONE this 12th day of April, 2018.

                                            s/ WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE